UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JERRY WAGNER, as Guardian of LESLIE CARLE STEWART, a legally incapacitated person<br><br>        Plaintiff,<br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation<br><br>        Defendant.<br>_____/ | Case No. 10-11733<br><br>HONORABLE ARTHUR J. TARNOW<br>SENIOR UNITED STATES<br>DISTRICT JUDGE<br><br>HONORABLE PAUL J. KOMIVES |

## **ORDER SUSTAINING PLAINTIFF'S OBJECTION [38]**

Now before the Court is Plaintiff's Objection [38] to the Magistrate Judge's Order [35] granting in part and denying in part Defendant's Motion for Protective Order [16] regarding the protection of the ACE documents.

Plaintiff objects to protection of ACE documents in this particular case. Pl.s' Obj. [38], at 1. The ACE documents were revealed in open court during the *Armisted* trail. *See e.g.*, *Armisted v. State Farm* (No. 2:07-10259). They have been public since that time.

The Court has reviewed the entire record and sees no basis for protection of the ACE documents. This very issue has been before the Court in many cases involving similar claims against Defendant. The Magistrate Judge's decision was clearly erroneous, as it conflicts with this Court's prior rulings and attempts to protect public documents.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Objection [38] is **SUSTAINED**.

**SO ORDERED**.


Dated: August 29, 2011                         s/Arthur_J_Tarnow
                                               ARTHUR J. TARNOW
                                               SENIOR UNITED STATES DISTRICT
                                               JUDGE


I hereby certify that the foregoing document was sent to parties of record on August 29, 2011 by electronic and/or ordinary mail.


                                               s/Michael Williams
                                               Relief Case Manager for the
                                               Honorable Arthur J. Tarnow